No. 04–5664. GRANDOIT *v.* TECHNICAL AID CORP. App. Ct. Mass. Certiorari denied.

No. 04–5666. GREEN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5673. ROSS *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5674. STAUFFER *v.* WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION. C. A. 3d Cir. Certiorari denied.

No. 04–5675. TORRES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5676. BRANUM *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5677. APPLIN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5684. ROLLINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5687. GRANT *v.* TRUE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5700. MOORE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–5710. HILSKA *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–5712. ARROYO MARTINEZ *v.* KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5713. LONG *v.* KENTUCKY ET AL. Ct. App. Ky. Certiorari denied.

No. 04–5714. PERRY *v.* ALABAMA. Ct. Civ. App. Ala. Certiorari denied.